Kristen M. Logar Esq. – Attorney ID No.: 012332008
Cho Legal Group, LLC
100 Plainfield Ave., Ste. 8E
Edison, NJ 08817
(732) 545 9600
*Attorneys for Defendants,*
TSM Brands, LLC, ENDEKS KIMYA A.S., and Serkan Mutlu

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MY IMPORTS USA LLC,<br><br>   Plaintiff/Counter-Defendant<br><br>-vs-<br><br>TSM BRANDS, LLC, ENDEKS KIMYA A.S., ERIK NORRIS and SERKAN MUTLU.,<br><br>   Defendants/Counter-Plaintiffs,<br><br>-vs-<br><br>MANSUR MAQSUDI, ABRAHIM BRAHIMI, and FAHIM IBRAHIMI,<br><br>   Third-Party Defendants. | Case No. 19-cv-14162<br><br>Civil Action<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

  The parties to this action, acing through counsel and in the case of Defendant Erik Norris *pro se*, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein for all parties, with each party to bear its own attorney's fees and costs.

Dated: May __, 2020

_____
Jonathan Z. King  (admitted pro hac vice)
Cowan, Liebowitz & Latman, P.C.
114 W. 47th Street
New York, New York 10036
Tele: (212) 790-9200
*Attorneys for Plaintiff MY Imports, LLC and Third Party Defendants Mansur Maqsudi, Abrahim Ibrahimi and Fahim Ibrahimi*

_____
Jae H. Cho
Cho Legal Group, LLC
100 Plainfield Avenue, Suite 8E
Edison, New Jersey 08817
Tele: (732) 545-9600
*Attorneys for Defendants TSM Brands, LLC, Serkan Mutlu and Endeks Kimya, A.S.*

_____
Erik Norris (*pro se*)

## ORDER

This stipulation is approved. The action, including all claims and counterclaims stated herein, is hereby dismissed with prejudice as to all parties with each party to bear its own attorney's fees and costs.

Dated: June 2, 2020

_____
Claire C. Cecchi, U.S.D.J.